JOHN L. BURRIS, SBN 69888
ADANTÉ D. POINTER, SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       adante.pointer@johnburrislaw.com

INTO B. CHAMPON, SBN 159802
INTO CHAMPON & ASSOC., A LAW CORPORATION
1909 W. Valley Boulevard
Alhambra, CA 91803
Telephone: (626) 943-9999
Facsimile: (626) 281-1999

Attorneys for Plaintiff
**SOPHONE PHANTHAVADY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHONE PHANTHAVADY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ORLAND, et al.<br><br>    Defendants. | **No. 2:06-CV-01426-LKK-DAD**<br><br>STIPULATION AND ORDER<br>TO ELECT REFERRAL OF ACTION TO<br>VOLUNTARY DISPUTE RESOLUTION<br>PROGRAM (VDRP) PURSUANT TO<br>LOCAL RULE 16-271 |

    Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

//

PDF created with pdfFactory trial version www.pdffactory.com

1
2  DATED: 2/12/07            LAW OFFICES OF JOHN L. BURRIS
3
4                            _/s/ Adanté D. Pointer_
                             ADANTÉ D. POINTER
5                            Attorneys for Plaintiff
6
   DATED: 2/12/07            INTO CHAMPON & ASSOCIATES
7
8
                             _/s/ Into B. Champon_
9                            INTO B. CHAMPON
                             Attorneys for Plaintiff
10
11 DATED: 2/6/07             FROST, KRUP AND ATLAS
12
13
                             _/s/ Leonard G. Krup_
                             LEONARD G. KRUP
14                           Attorneys for Defendant
                             CITY OF ORLAND
15
16 DATED: 2/9/07             LAW OFFICES OF DENNIS HALSEY
17
18
19                           _/s/ Dennis Halsey_
                             DENNIS HALSEY
20                           Attorneys for Defendants
                             PASERO, BAKER, TOLLE & VLACH
21
22
   IT IS SO ORDERED.
23
   DATED: February 22, 2007
24
25
                             _____
26                           LAWRENCE K. KARLTON
                             SENIOR JUDGE
27                           UNITED STATES DISTRICT COURT
28

PDF created with pdfFactory trial version www.pdffactory.com