**JOHN L. BURRIS, SBN 69888**
**ADANTÉ D. POINTER, SBN 236229**
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:        (510) 839-5200
Facsimile:         (510) 839-3882
Email: john.burris@johnburrislaw.com
           adante.pointer@johnburrislaw.com

Attorneys for Plaintiff
**SOPHONE PHANTHAVADY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHONE PHANTHAVADY<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ORLAND, et al.<br><br>    Defendants. | **No. 2:06-CV-01426-LKK-DAD**<br><br>**NOTICE OF SETTLEMENT AND ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>**Honorable Lawrence K. Karlton** |

**TO THE COURT AND ALL PARTIES in the above–entitled action:**

The parties in the above-entitled action have reached a settlement resolving all the causes of action.  The parties have prepared and fully executed a Settlement Agreement and Release reciting the terms of the settlement.  Defendants will tender the agreed upon settlement funds upon the Court's dismissal of the entire action.

---

Plaintiff respectfully requests that future court dates in this action be vacated from the Court's calendar, and that this Court dismiss the action with prejudice.

Respectfully Submitted,

Dated: 08/09/07        /s/
ADANTÉ D. POINTER
LAW OFFICES OF JOHN L. BURRIS
Attorneys for Plaintiff
SOPHONE PHANTHAVADY

Dated: 08/09/07        /s/
INTO B. CHAMPON
LAW OFFICES OF INTO B. CHAMPON
Attorneys for Plaintiff
SOPHONE PHANTHAVADY

Dated: 08/09/07        /s/
LEONARD G. KRUP
FROST, KRUP & ATLAS LLP
Attorneys for Defendants
CITY OF ORLAND & ROBERT PASERO

Dated: 08/09/07        /s/
DENNIS HALSEY
LAW OFFICES OF DENNIS HALSEY
Attorneys for Defendants
TERRY BAKER, JOHN TOLLE &
RAYMOND VLACH

## ORDER

**IT IS SO ORDERED.**

**Dated:  August 15, 2007.**

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

**NOTICE OF SETTLEMENT AND  [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**
**CASE NO. 2:06-CV-01426-LKK-DAD**
2